UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADAM BERHANU, Administrator of the Estate of ABEBA DESTA,<br><br>   Plaintiff,<br><br> v.<br><br>ANTONY BLINKEN,<br>Secretary of State,<br><br>   Defendant. | Civil Action No. 21-0459 (RBW) |

## STIPULATION OF DISMISSAL

Pursuant to the parties' settlement agreement in this matter, the parties to this action hereby stipulate to dismiss this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with each party to bear costs and fees as set forth in the settlement agreement.

Respectfully submitted,

| | |
|---|---|
| */s/ Adam Berhanu* (By Permission)<br>ADAM BERHANU<br>3713 Elmwood Drive<br>Alexandria, Virginia 22303<br>(941) 266-9972<br>Adamberhanu@gmail.com<br><br>*Administrator of the Estate of Abeba Desta* | MATTHEW M. GRAVES, D.C. Bar. #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>   */s/ Kaitlin K. Eckrote*<br>KAITLIN K. ECKROTE<br>D.C. Bar #1670899<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-2485<br>Kaitlin.eckrote@usdoj.gov<br><br>*Attorneys for the United States of America* |

Dated: January 2, 2024